UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

TRACEY FLETCHER,                          )
                                          )
          Plaintiff,                      )
                                          )
     v.                                   )          Civil No. 08-150-B-W
                                          )
MICHAEL J. ASTRUE,                        )
Commissioner of Social Security,          )
                                          )
          Defendant.                      )

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on January 28, 2009 his

Recommended Decision.    The Plaintiff filed his objections to the Recommended

Decision on February 17, 2009 and the Defendant filed his Response to those objections

on March 5, 2009.  I have reviewed and considered the Magistrate Judge's Recommended

Decision, together with the entire record; I have made a <u>de novo</u> determination of all

matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with

the recommendations of the United States Magistrate Judge for the reasons set forth in his

Recommended Decision, and determine that no further proceeding is necessary.

1.    It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2.    It is further <u>ORDERED</u> that the Commissioner's decision be and hereby is <u>AFFIRMED</u>.

SO ORDERED.

2

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2009.