UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| TRACEY FLETCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-150-B-W |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## SECOND AMENDED[1] ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 28, 2009 his Recommended Decision. The Defendant filed his objections to the Recommended Decision on February 17, 2009 and the Plaintiff filed her Response to those objections on March 5, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Commissioner's decision be and hereby is VACATED and the case REMANDED for further proceedings.

---

[1] This Second Amended Order is amended to correct typographical errors contained in the Amended Order dated March 6, 2009 (Docket # 20). The second full sentence of the first paragraph has been amended to read as follows: "The _Defendant_ filed his objections to the Recommended Decision on February 17, 2009 and the _Plaintiff_ filed _her_ Response to those objections on March 5, 2009."

SO ORDERED.

                                               /s/ John A. Woodcock, Jr.
                                               JOHN A. WOODCOCK, JR.
                                               CHIEF UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2009